IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$38,000.00 IN UNITED STATES CURRENCY,<br><br>    Defendant. | 8:12CV0035<br><br>**ORDER** |

IT IS ORDERED that the government's unopposed oral motion (Filing No. 25), is granted, and the trial brief deadlines are extended by two weeks as follows:

1.  Plaintiff's brief is due on March 13, 2013.

2.  Defendant's brief is due on March 27, 2013.

3.  Plaintiff's reply brief is due on April 3, 2013.

Dated this 27th day of February, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge