IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,          )<br>                                        )<br>vs.                                 )<br>                                        )<br>                                        )<br>$38.000 IN UNITED STATES CURRENCY )<br>          Defendant,          )<br>                                        )<br>RICHARD A. McKEE,            )<br>          Claimant.          ) | CASE NO: 8:12cv35<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):   All exhibits

Hearing type(s):     Non-jury Trial

Date of hearing(s):  January 7, 2013

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

October 22, 2014

                                                             s/ Cheryl R. Zwart
                                                             United States Magistrate Judge